UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRUCE F. CROWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1057 HEA |
| ) | |
| FEDERAL RESERVE BANK OF ) | |
| ST. LOUIS, MARY KARR and ROY ) | |
| HENDIN, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Dismiss Count II, [Doc. No. 4], and Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint. Plaintiff seeks to file an Amended Count II to state a claim against Defendants Karr and Hendin, individually, and to eliminate the Federal Reserve Bank from Count II. Defendant's Motion to Dismiss Count II was based on the theory that, with respect to the Federal Reserve Bank, federal law preempts the Missouri Human Rights Act. Furthermore, Defendants moved to dismiss Count II on the ground that the Federal Reserve Bank is not an "employer" within the meaning of the statute.

Plaintiff is granted leave to file his Amended Complaint. Since Plaintiff's Amended Complaint eliminates the claim against the Federal Reserve Bank under

the MHRA, the Motion to Dismiss Count II is moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint, [Doc. No. 6] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Count II, [Doc. No. 4], is **DENIED AS MOOT**.

Dated this 30th day of September, 2008.

_____
     HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE