UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRUCE F. CROWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08CV1057 HEA |
| | ) |
| FEDERAL RESERVE BANK OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Defendant to Produce for Deposition Certain Employees of Defendant [Doc. #22] and Plaintiff's Motion to Compel Defendant to Produce Unredacted Documents [Doc. #24]. Defendant has filed a Combined Memorandum In Opposition to Plaintiff's Motions to Compel Additional Depositions and Production of Unredaced Documents [Doc. #28].

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Defendant to Produce for Deposition Certain Employees of Defendant [Doc. #22] is granted to the extent that Plaintiff is to provide the general scope of inquiry for the various deponents and/or witnesses.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Defendant to Produce Unredacted Documents [Doc. #24] is granted in that Defendant is to disclose those documents that are not privileged (attorney-client or attorney-attorney) and/or work product.

Dated this 20th day of August, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE